UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

_____

VERIZON NEW ENGLAND INC.,

       Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

       Respondent.
_____

Case Number: 15-1062

**PETITIONER'S STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Clerk's Order dated March 24, 2015, Petitioner Verizon New England Inc. ("Verizon") submits the following statement of the issues to be presented to the Court:

1.    Did the National Labor Relations Board ("NLRB") err by usurping the authority of the Arbitrator to interpret and apply the parties' collective bargaining agreement?

2.    Did the NLRB err by usurping the role of the federal courts to review arbitration awards which do not comply with applicable standards under federal policy?

3.    Did the NLRB err by departing from its own established standards in reversing the Administrative Law Judge's decision to defer to the prior arbitration

award under *Speilberg Mfg. Co.*, 112 NLRB 1080 (1955) and *Olin Corp.*, 268 NLRB 573 (1984)?

    4.    Did the NLRB err by finding that the prior arbitration award is not susceptible of an interpretation that is consistent with the NLRA, concluding that the arbitration decision is clearly repugnant to the Act, and therefore holding deferral to the arbitration award was not appropriate?

    5.    Did the NLRB err in ordering Verizon to post the notice attached to the NLRB's decision at 362 NLRB No. 24 at "Appendix"?

    Respectfully Submitted,

VERIZON NEW ENGLAND INC.,

By its Attorneys,

 /s/ Arthur G. Telegen
Arthur G. Telegen
SEYFARTH SHAW LLP
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210
Tel: (617) 946-4800
Fax: (617) 946-4801
atelegen@seyfarth.com

Dated: April 23, 2015

2

# CERTIFICATE OF SERVICE

I, Arthur G. Telegen, Esq., hereby certify that on April 23, 2015, copies of the foregoing **PETITIONER'S STATEMENT OF ISSUES TO BE RAISED** was served upon the following via pre-paid first class U.S. Mail:

Linda Dreeben, Deputy Associate General Counsel
National Labor Relations Board
(NLRB) Appellate and Supreme Court Litigation Branch
1099 14th Street, NW
Washington, DC 20570-0001
Telephone: (202) 273-2960
Email: *appellatecourt@nlrb.gov*
*Counsel for Respondent*
*National Labor Relations Board*

Joel Abraham Heller
National Labor Relations Board
(NLRB) Appellate and Supreme Court Litigation Branch
1099 14th Street, NW
Washington, DC 20570-0001
Telephone: (202) 273-2960
Email: *joel.heller@nlrb.gov*
*Counsel for Respondent*
*National Labor Relations Board*

Kira Dellinger Vol
National Labor Relations Board
(NLRB) Appellate and Supreme Court Litigation Branch
1099 14th Street, NW
Washington, DC 20570-0001
Telephone: (202) 273-2960
Direct: (202) 273-0656
Email: *kira.vol@nlrb.gov*
*Counsel for Respondent*
*National Labor Relations Board*

Alfred S. Gordon O'Connell, Attorney
Pyle Rome Ehrenberg PC
2 Liberty Square, 10th Floor
Boston, MA 02109
Telephone: (617) 367-7200
Direct: (617) 367-7200
Facsimile: (617) 367-4820
Email: *agordon@pylerome.com*
*Counsel for Intervenor Respondent*
*Local 2324, International Brotherhood of Electrical Workers, AFL-CIO*

      /s/ Arthur G. Telegen
      Arthur G. Telegen

19631193v.1